IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION, as partners in 2013 TRAVIS OAK CREEK, LP, and 2013 TRAVIS OAK CREEK LP,<br>　　　　Plaintiffs,<br>v.<br><br>2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  　1:17-CV-584-RP<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER STRIKING PLEADING

The court held a hearing on October 16, 2023 on issues related to the so-called Eureka Parties' failure to comply with the court's oral instructions at the September 5, 2023 hearing on the parties' Motions to Enforce Settlement (Dkt. 209, Dkt. 212). For the reasons stated at the October 16th hearing, namely the Eureka Parties' election not to follow the court's instructions, the court **ORDERS** that the Eureka Parties' purportedly responsive pleading (Dkt. 245) is **STRUCK**.

SIGNED October 16, 2023.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE